

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATE OF AMERICA, AND THE STATE OF DELAWARE, ex rel. SHERRY SCHARFF, L.P.N., AND WALTER T. DECYK, III, L.P.N., <br><br> Plaintiffs, <br><br> v. <br><br> IHS, Inc., et al. <br> _____Defendants_____ | CIVIL ACTION NO. 04-105 <br><br><br> JURY TRIAL DEMANDED <br> FILED IN CAMERA <br> AND UNDER SEAL |

### ORDER

AND NOW, this 26 Day of April, 2007, upon Motion of Relator Sherry Scharff, L.P.N., it is hereby ORDERED AND DECREED that relator Sherry Scharff, L.P.N., will be WITHDRAWN WITH PREJUDICE as a Relator in this Action as against Defendants Green Acres Health Systems, Green Valley Pavilion, IHS, TransHealthCare, Inc., Allen Segal, Gary Segal, Green Valley Terrace, Mary Casper, Denise Rhinehardt, Sandy Edwards, and Jeff Blake.

BY THE COURT:

_____
JOSEPH J. FARNAN, JR., JUDGE