

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF DELAWARE ex rel. SHERRY SCHARFF, L.P.N. and WALTER T. DECYK, III, L.P.N.<br><br>Plaintiff,<br><br>v.<br><br>IHS, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-105 (JJF)<br>)<br>)  **FILED UNDER SEAL**<br>)<br>)<br>)<br>) |

### GOVERNMENT'S NOTICE OF PARTIAL INTERVENTION TO EFFECTUATE SETTLEMENT AND RESOLUTION OF CLAIMS WITH RESPECT TO CERTAIN DEFENDANTS

Pursuant to 31 U.S.C. § 3730(b)(4)(A) and 6 Del. Code Ann. § 1203(b)(4)(b), the United States of America (United States) and the State of Delaware (the State), (collectively, "the Government"), by their respective undersigned counsel, hereby notify the Court of the Government's election to partially intervene in this action against the following defendants for the purpose of effectuating a settlement and resolution of claims as to these defendants: Green Valley Pavilion (GVP), IHS, Inc., Trans Healthcare, Inc., Green Acres Health Systems, Inc., Green Valley Terrace, Allen Segal, Gary Segal, Mary Casper, Denise Rhinehardt, Sandy Edwards, and Jeff Blake.

The Government and Defendant GVP, on behalf of its current and former parent corporations, affiliates, current and former owners, officers, and directors, have entered into a Compromise Settlement Agreement to resolve claims pending against GVP in this action.

To effectuate the terms of the Settlement Agreement, the Government, together with Relator Walter T. Decyk, III, L.P.N., also files herewith a Joint Stipulation of Partial Dismissal and an accompanying order dismissing certain claims in this action and providing for a partial lifting of the seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

COLM CONNOLLY
United States Attorney

By: /s/
SETH M. BEAUSANG
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19899-2046
Tel. (302) 573-6277

By: /s/
JOYCE R. BRANDA
POLLY A. DAMMANN
ALLISON CENDALI
Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 616-4232
Fax (202) 514-0280

Counsel for the United States

By: /s/ Dan Miller / SMB
DANIEL MILLER
Deputy Attorney General
Director, Medicaid Fraud Control Unit
820 N. French Street
Wilmington, DE 19801
Tel. (302) 577-8859
Fax (302) 577-3090

Counsel for the State of Delaware

Dated this 7th day of May, 2007
       8th