W. Craig Knaup, Esq.
Law Office of W. Craig Knaup, P.C.
900 Haddon Avenue, Suite 206
Collingswood, NJ 03108
Phone: (856) 833-1788
Fax: (856) 833-1780
Attorney for Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF DELAWARE, and WALTER T. DECYK, LPN<br><br>Plaintiff(s)<br><br>vs.<br><br>GREEN ACRES HEALTH SYSTEMS<br><br>Defendant(s) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE<br><br>DOCKET NO.: 04-105-JJF<br><br>Civil Action<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |

It is hereby stipulated by and between the respective counsel for Plaintiffs and Defendant, all of whom consent Defendant be permitted an extension of time until September 21, 2007 to serve its response to the Complaint or otherwise move with respect to the Complaint, and good cause existing for the entry of the within Consent Order.

IT IS ON this _____ day of _____, 2007,

ORDERED that the time within which Defendant shall have to file and serve its response to the Complaint shall be extended to September 21, 2007.

Dated: _____

_____
Hon.
United States District Judge
District of Delaware

Both attorneys hereby consent to the form and entry of the within Consent Order

_____          _____
W. Craig Knaup, Esq.              Charles E. Butler, Esq.
Attorney for Defendant            Attorney for Plaintiff
Dated: 8/9/07                     Dated: 8/10/07