IN THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATE OF AMERICA, AND THE STATE OF DELAWARE, <u>ex rel.</u> WALTER T. DECYK, III, L.P.N.<br><br>VS.<br><br>GREEN ACRES HEALTH SYSTEMS, INC. ALLEN SEGAL, PRESIDENT And GREEN VALLEY PAVILION; et al.<br>　　　　DEFENDANTS | CIVIL ACTION NO.<br>04-105-JJF<br>FILED IN CAMERA<br>AND UNDER SEAL |

## REQUEST FOR WAIVER OF SERVICE
## OF SUMMONS, PURSUANT TO F.R. CIV. P. 4(d)

TO:　GREEN ACRES HEALTH SYSTEMS
　　　GREEN VALLEY PAVILION
　　　ATTN: ALLEN SEGAL, PRESIDENT
　　　C/O: W. CRAIG KNAUP, ESQUIRE
　　　Law Office of W. Craig Knaup
　　　Station House, 900 Haddon Ave., Suite 206
　　　Collingswood, N.J. 08108

　　　Plaintiff Walter T. Decyk, III, L.P.N., by and through his attorneys, Requests that Defendant Green Acres Health Systems, and Green Valley Pavilion, by and through their attorney, waive the service of summons, and avers as follows:

　　　A lawsuit has been commenced against you, or the entity on whose behalf you are addressed. A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Delaware and has been assigned docket number 04-105-JJF.

　　　This is not a formal summons or notification from the court, but rather my

1

request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 12th day of June, 2007.


August 17, 2007

CHARLES E. BUTLER
1224 North King Street
Wilmington, Delaware 19801
(302) 655-4100
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I, Charles E. Butler, local counsel for Plaintiff Walter T. Decyk, III, hereby certify that I caused to be served, by first class U.S. Mail, postage prepaid, a Request for Waiver of Service of Summons, upon the following:

      GREEN ACRES HEALTH SYSTEMS
      GREEN VALLEY PAVILION
      ATTN: ALLEN SEGAL, PRESIDENT
      C/O: W. CRAIG KNAUP, ESQUIRE
      Law Office of W. Craig Knaup, P.C.
      Station House, 900 Haddon Ave., Suite 206
      Collingswood, N.J. 08108

August 17, 2007

CHARLES E. BUTLER
1224 North King Street
Wilmington, Delaware 19801
(302) 655-4100
Email: ceb@cebutler.com
Attorney for Defendant