IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF DELAWARE, *ex. rel.*, SHERRY SCHARFF, L.P.N., and WALTER T. DECYK, III, L.P.N., </br></br>  Plaintiffs, </br></br> v. </br></br> IHS, INC., a Pennsylvania corporation, *et al.*, </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 04-105 ) ) ) ) ) |

### MOTION AND ORDER FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Christine V. Bonavita, Esquire, to represent defendants Green Acres Health Systems, Inc.; Allen Segal; Gary Segal; Green Valley Pavilion and Green Valley Terrace in this matter.

Dated: September 21, 2007

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2007, I served by hand delivery and filed electronically the Motion and Order for Admission Pro Hac Vice and the attached form of order, using CM/ECF which will send notification of such filing(s) to the following:

> Charles E. Butler, Esquire
> 1224 North King Street
> Wilmington, DE 19801

I also certify that, on this 21st day of September, 2007, I served the aforementioned document, by United States Mail, upon the following:

> Regina D. Poserina, Esquire
> 7415 West Chester Pike
> Upper Darby, PA 19082

_____
Dale R. Dubé

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania.

Pursuant to local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the District Court Fund Standing Order effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the clerk's office upon the filing of this motion.

Christine V. Bonavita