## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; and THE STATE OF DELAWARE, *ex rel.* SHERRY SCHARFF, L.P.N.; and WALTER T. DECYK, III, L.P.N., | : : : : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 04-105 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| IHS, INC., a Pennsylvania corporation; TRANS HEALTHCARE, INC., a Maryland corporation; GREEN ACRES HEALTH SYSTEMS, INC., a Pennsylvania corporation; ALLEN SEGAL; GARY SEGAL; GREEN VALLEY PAVILION; GREEN VALLEY TERRACE; MARY CASPER; DENISE RHINEHARDT; SANDY EDWARDS; JEFF BLAKE; [and REDACTED DEFENDANTS]; | : : : : : : : : : : : : | **FILED UNDER SEAL** PUBLIC VERSION |
| | : | |
| Defendants. | : | |

### ANSWER OF DEFENDANTS GREEN ACRES HEALTH SYSTEMS, ALLEN SEGAL, GARY SEGAL, GREEN VALLEY PAVILION AND GREEN VALLEY TERRACE TO SECOND AMENDED COMPLAINT

Defendants Green Acres Health Systems, Allen Segal, Gary Segal, Green Valley Pavilion and Green Valley Terrace (collectively, the "Green Valley Pavilion Defendants" or "Defendants"), by and through their undersigned attorneys, hereby respond to the remaining claims of the Second Amended Complaint and aver as follows:

### JURISDICTION AND VENUE

1.      Admitted only as to *qui tam* claims.

2.      Admitted only as to *qui tam* claims.

## INTRODUCTION

3.      Admitted in part, denied in part. Defendants admit only that The United States of America and The State of Delaware initially filed the Complaint and have subsequently settled with Defendants in this matter; Relator Sherry Scharff has withdrawn from this matter leaving Plaintiff Walter T. Decyk, III, L.P.N. ("Plaintiff") as the sole plaintiff. This matter has been partially unsealed.

4.      Admitted in part, denied in part. Defendants admit only that at one time Ms. Scharff was a Plaintiff to this case but that she has since withdrawn from this action, with prejudice. The remaining allegations are denied.

5.      Admitted only that Mr. Decyk was employed at Green Valley Pavilion from February 17, 2003 until Approximately October 2003.

6.      Admitted.

7.      Ms. Scharff has withdrawn from this case and therefore Defendant is not required to respond to this allegation. To the extent a response it required, Defendant denies the allegations contained in paragraph 7.

8.      Admitted in part, denied in part. The facility was renamed Green Valley Pavilion.

9.      Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

10.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

11.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

12.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

13.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

14.     Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

15.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## DEFENDANTS

16.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

17.    Redacted.

18.    Redacted.

19.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

20.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

21.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

22.    Admitted in part and denied in part.  Gary Segal is the brother of Allen Segal.  All other allegations are denied and deemed at issue and proof of the same is demanded at the time of trial.

23.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

24.    Admitted.

25.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

26.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

27.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

28.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

29.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

30.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

31.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

32.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

33.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

34.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

35.    .Redacted.

36.    Redacted.

37.    Redacted.

38.    Redacted.

39.    Redacted.

40.    Redacted.

043482.00242/40171278v.1

41.     Redacted.

42.     Redacted.

43.     Redacted.

44.     Redacted.

45.     Redacted.

46.     Redacted.

47.     Redacted.

48.     Redacted.

49.     Redacted.

50.     Redacted.

51.     Redacted.

52.     Redacted.

53.     Redacted.

54.     Redacted.

## SPECIAL ALLEGATIONS

### A.    UPCODING OF PATIENT CONDITIONS AND TREATMENTS

55.     Paragraph 55 is a transition paragraph to which no response it required. To the extent a response is required, Defendants' answers to paragraphs 1-54 are incorporated as if set forth fully herein.

56.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

57.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

58.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

59.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's

Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

> 59a.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

> 59b.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

> 59c.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

60.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

> 60a.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

> 60b.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

> 60c.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and

deemed at issue, and strict proof of same is demanded at time of trial of this action.

61.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

62.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

63.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

64.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

65.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

66.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

67.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

7

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68e.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68f.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68g.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68h.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68i.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

68j.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

69.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

69a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

8

69b. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

69c. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

69d. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

69e. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

70. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

70a. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

70b. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

70c. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

70d. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

70e. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

9

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

71. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

> 71a. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.
>
> 71b. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.
>
> 71c. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.
>
> 71d. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.
>
> 71e. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.
>
> 71f. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.
>
> 71g. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.
>
> 71h. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

71i.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

71j.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

71k.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

71l.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

71m.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

72.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

72a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

72b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

72c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

72d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

11

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

72e.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## B.    FALSIFIED DOCUMENTATION

73.    Paragraph 73 is a transition paragraph to which no response it required. To the extent a response is required, Defendants' answers to paragraphs 1-72 are incorporated as if set forth fully herein.

74.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

75.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

76.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

77.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

78.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

79.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

79a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

79b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

12

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

79c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

79d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

79e.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

79f.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

80.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

81.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

82.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

83.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

83a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

83b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

83c. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

83d. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

83e. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## C. SUBSTANDARD QUALITY OF CARE ISSUES

84. Paragraph 84 is a transition paragraph to which no response it required. To the extent a response is required, Defendants' answers to paragraphs 1-84 are incorporated as if set forth fully herein No answer is required.

85. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

86. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

87. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

88. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

88a. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

14

88b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

88c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

88d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

88e.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89e.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

15

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89f.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89g.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89h.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89i.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89j.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89k.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

89l.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

90.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

90a.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and

16

deemed at issue, and strict proof of same is demanded at time of trial of this action.

90b.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

90c.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

90d.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

90e.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

90f.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

90g.    Denied.    After reasonable investigation, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth at the corresponding paragraph of Plaintiff's Complaint, and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

91.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91e.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91f.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91g.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91h.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91i.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

18

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91j.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91k.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91l.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

91m.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

92.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

92a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

92b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

92c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93e.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93f.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93g.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

93h.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

94.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

94a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

043482.00242/40171278v.1

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

94b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

94c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

95.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

95a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

95b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

95c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

95d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

96.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

96a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

96b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

96c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

97.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

97a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

97b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

97c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

98.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

98a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

98b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

98c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

22

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

98d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

99.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

99a.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

99b.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

99c.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

99d.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

99e.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

99f.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

100.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

101.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

101a.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

101b.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

101c.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

101d.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

101e.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

101f.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

101g.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

102.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

102a.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

24

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

102b. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

103. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

103a. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

103b. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

103c. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

104. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

104a. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

104b. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

104c. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

104d. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

104e. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

105. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

105a. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

105b. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

105c. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

105d. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

105e. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106a. The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations

043482.00242/40171278v.1

are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106b.  The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106c.  The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106d.  The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106e.  The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106f.  The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106g.  The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

106h.  The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## SPECIFIC ALLEGATIONS WITH RESPECT TO (REDACTED)

107.  Paragraph 107 is a transition paragraph to which no response is required.  To the extent a response is required, the Defendants responses to the allegations contained in paragraphs 1-106 are incorporated as if set forth fully herein.

108.  Redacted.

109.    Redacted.

110.    Redacted.

111.    Redacted.

112.    Redacted.

113.    Redacted.

114.    Redacted.

115.    Redacted.

116.    Redacted.

117.    Redacted.

118.    Redacted.

119.    Redacted.

120.    Redacted.

121.    Redacted.

122.    Redacted.

123.    Redacted.

        123a.    Redacted.

        123b.    Redacted.

        123c.    Redacted.

        123d.    Redacted.

        123e.    Redacted.

        123f.    Redacted.

124.    Redacted.

        124a.    Redacted.

     124b. Redacted.

125. Redacted.

     125a. Redacted.

     125b. Redacted.

     125c. Redacted.

     125d. Redacted.

126. Redacted.

     126a. Redacted.

     126b. Redacted.

     126c. Redacted.

     126d. Redacted.

     126e. Redacted.

127. Redacted.

     127a. Redacted.

     127b. Redacted.

     127c. Redacted.

     127d. Redacted.

     127e. Redacted.

     127f. Redacted.

     127g. Redacted.

     127h. Redacted.

     127i. Redacted.

     127j. Redacted.

043482.00242/40171278v.1

127k.  Redacted.

128.  Redacted.

128a.  Redacted.

128b.  Redacted.

128c.  Redacted.

128d.  Redacted.

128e.  Redacted.

129.  Redacted.

129a.  Redacted.

129b.  Redacted.

## SPECIFIC ALLEGATIONS WITH RESPECT TO (REDACTED)

130.  Redacted.

131.  Redacted.

132.  Redacted.

133.  Redacted.

134.  Redacted.

135.  Redacted.

136.  Redacted.

136a.  Redacted.

136b.  Redacted.

137.  Redacted.

137a.  Redacted.

137b.  Redacted.

043482.00242/40171278v.1

138.    Redacted.

       138a.  Redacted.

       138b.  Redacted.

       138c.  Redacted.

139.    Redacted.

140.    Redacted.

141.    Redacted.

142.    Redacted.

143.    Redacted.

       143a.  Redacted.

144.    Redacted.

145.    Redacted.

146.    Redacted.

147.    Redacted.

148.    Redacted.

       148a.  Redacted.

       148b.  Redacted.

149.    Redacted.

       149a.  Redacted.

       149b.  Redacted.

       149c.  Redacted.

       149d.  Redacted.

150.    Redacted.

043482.00242/40171278v.1

151.   Redacted.

152.   Redacted.

153.   Redacted.

154.   Missing.

　　　　154a.  Redacted.

　　　　154b.  Redacted.

155.   Redacted.

　　　　155a.  Redacted.

156.   Redacted.

157.   Redacted.

158.   Redacted.

159.   Redacted.

160.   Redacted.

161.   Redacted.

　　　　161a.  Redacted.

　　　　161b.  Redacted.

## COUNT I

162.   Paragraph 162 is a transition paragraph to which no response is required. To the extent a response is required, the Defendants responses to the allegations contained in paragraphs 1-161 are incorporated as if set forth fully herein.

163.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

164.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

165.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

166.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

167.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

168.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

169.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

170.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## COUNT II

171.    Paragraph 171 is a transition paragraph to which no response is required.  To the extent a response is required, the Defendants responses to the allegations contained in paragraphs 1-161 are incorporated as if set forth fully herein.

172.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

173.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

174.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

175.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

176.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

177.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

178.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

179.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

180.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

181.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## COUNT III

182.    Paragraph 182 is a transition paragraph to which no response is required.  To the extent a response is required, the Defendants responses to the allegations contained in paragraphs 1-181 are incorporated as if set forth fully herein.

183.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

184.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

185.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

186.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

187.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

188.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

189.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## COUNT IV

190.   Paragraph 190 is a transition paragraph to which no response is required. To the extent a response is required, the Defendants responses to the allegations contained in paragraphs 1-189 are incorporated as if set forth fully herein.

191.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

192.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

193.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

194.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

195.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

196.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

197.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

198.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

199.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

200.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## COUNT V

201.    Redacted.

202.    Redacted.

203.    Redacted.

204.    Redacted.

205.    Redacted.

206.    Redacted.

207.    Redacted.

208.    Redacted.

## COUNT VI

209.    Redacted.

210.    Redacted.

211.    Redacted.

212.    Redacted.

213.    Redacted.

214.    Redacted.

215.    Redacted.

043482.00242/40171278v.1

216.    Redacted.

217.    Missing.

218.    Redacted.

219.    Redacted.

220.    Redacted.

## COUNT VII

221.    Redacted.

222.    Redacted.

223.    Redacted.

224.    Redacted.

225.    Redacted.

226.    Redacted.

227.    Redacted.

228.    Redacted.

## COUNT VIII

229.    Redacted.

230.    Redacted.

231.    Redacted.

232.    Redacted.

233.    Redacted.

234.    Redacted.

235.    Redacted.

## COUNT IX

043482.00242/40171278v.1

236.   Redacted.

237.   Redacted.

238.   Redacted.

239.   Redacted.

240.   Redacted.

241.   Redacted.

242.   Redacted.

243.   Redacted.

244.   Redacted.

245.   Redacted.

246.   Redacted.

## COUNT X

247.   Redacted.

248.   Redacted.

249.   Redacted.

250.   Redacted.

251.   Redacted.

252.   Redacted.

253.   Redacted.

254.   Redacted.

## COUNT XI

255.   Paragraph 255 is a transition paragraph to which no response is required.  To the extent a response is required, the Defendants responses to the allegations contained in paragraphs 1-254 are incorporated as if set forth fully herein.

043482.00242/40171278v.1

256.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

257.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

258.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

259.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

260.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

261.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

262.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

263.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

264.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

265.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

266.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

267.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

268.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

269.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

270.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## COUNT XII

271.   Paragraph 270 is a transition paragraph to which no response is required. To the extent a response is required, the Defendants responses to the allegations contained in paragraphs 1-269 are incorporated as if set forth fully herein.

272.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

273.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

274.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

275.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

276.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

277.   The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

278.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

279.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

280.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

281.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

## DAMAGES SOUGHT

282.    Paragraph 282 is a transition paragraph to which no response is required.  To the extent a response is required, the Defendants responses to the allegations contained in paragraphs 1-281 are incorporated as if set forth fully herein.

283.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

284.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

285.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

286.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

287.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

288.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

043482.00242/40171278v.1

289.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

290.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

291.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

292.    The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint and accordingly, such allegations are denied, and deemed at issue, and strict proof of same is demanded at time of trial of this action.

WHEREFORE, Defendants demand judgment as follows:

a.    Dismissing Plaintiff's Complaint;

b.    Awarding attorneys fees and costs of defense to Defendants;

c.    Awarding to Defendants any such further relief that the Court deems just and equitable;

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint is barred by the doctrine of Unclean Hands.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff fails to state a cause of action upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

Some or all of the Plaintiff's claims against the Defendants are or may be barred in whole or in part by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Some or all of the Plaintiff's claims against the Defendants are or may be barred in whole or in part by the doctrine of laches.

043482.00242/40171278v.1

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred as they are based or grounded in fraud perpetrated upon Defendants.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint, as it pertains to the Defendants, is barred by the doctrine of avoidable consequences.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to elect the proper remedy by which the issues raised in the Complaint can be disposed of and Defendants reserve the right to request dismissal of the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff is estopped since his conduct was tantamount to misrepresentation and a concealment of material fact upon which the Defendants relied to its detriment.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff breached his obligations under the terms of employment existing between the parties, including breach of the implied covenant of good faith and fair dealing.

## TENTH AFFIRMATIVE DEFENSE

At all times relevant hereto Defendants acted reasonably, and without misfeasance and/or malfeasance as to the Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to allege the occurrence of the necessary conditions precedent for the accrual of the rights, which he now claims to have been violated. As said conditions have not occurred, Plaintiff has no cause of action upon which relief may be granted against Defendants.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's causes of action fail because Plaintiff, has received the benefit of the bargain with Defendants, and has thus received full accord and satisfaction.

## THIRTEENTH AFFIRMATIVE DEFENSE

At all tines relevant hereto, Defendants, acted in good faith and discharged all of their duties here at issue fully, prudently, properly, appropriately, and in good faith.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, by the Plaintiff's failure to mitigate his claimed damages, if any.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendants' damages, if any, were caused by persons over whom the Defendants had no control.

## SIXTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred by the doctrine of frustration of purpose.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claim should be barred by the doctrine of mutual mistake.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for damages are excessive to the amounts being sought.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims should be barred by the Plaintiff's fraud in this matter.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claim should be barred by the doctrine of unilateral mistake.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claim should be barred by the doctrine of unconscionability.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim should be barred by lack of good faith and fair dealings.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred due to his contributory negligence.

043482.00242/40171278v.1

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred due to his own fraud.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claim is void and/or voidable.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claim is unenforceable since there was never a legal relationship or contract between the parties.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a legally recognizable cause of action.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred for lack of jurisdiction.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred since venue is improper.

## THIRTIETH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred for lack of appropriate service of process.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

The Plaintiff has waived its right to assert this claim against the Defendants.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the Statute of Limitations.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff was separated from his employment with Defendant for legitimate, non-discriminatory reasons unrelated to any alleged protected conduct he claims to have engaged in arising under state or federal law.

45

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by provisions of the Bankruptcy Code and/or orders of the United States Bankruptcy Court.

Defendants hereby reserve the right to add, supplement, modify, change or amend any and all of its Affirmative Defenses as the facts and circumstances become known through further discovery and/or investigation.

**BLANK ROME LLP**

Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400
Fax: (302) 425-6464
dube@blankrome.com

- and -

Christine V. Bonavita
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
(215) 569-5500
bonavita@blankrome.com

- and -

W. Craig Knaup
LAW OFFICE OF W. CRAIG KNAUP, P.C.
900 Haddon Ave., Suite 206
Collingswood, NJ 08108
(856) 833-1788
www.knauplaw.com

Dated:  September 24, 2007          Attorneys for the Green Valley Pavilion Defendants

46

043482.00242/40171278v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007, I served by hand delivery and filed electronically the public version of the ANSWER OF DEFENDANTS GREEN ACRES HEALTH SYSTEMS, ALLEN SEGAL, GARY SEGAL, GREEN VALLEY PAVILION AND GREEN VALLEY TERRACE TO SECOND AMENDED COMPLAINT, using CM/ECF which will send notification of such filing(s) to the following:

> Charles E. Butler, Esquire
> 1224 North King Street
> Wilmington, DE 19801

I also certify that, on this 24th day of September, 2007, I served the aforementioned document, by United States Mail, upon the following:

> Regina D. Poserina, Esquire
> 7415 West Chester Pike
> Upper Darby, PA 19082

Dale R. Dubé

Dale R. Dubé