

Phone:  (302) 425-6467
Fax:    (302) 425-6464
Email:  dube@blankrome.com

December 5, 2007

**BY CM/ECF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Decyk v. Green Valley Pavilion, et al.;* C.A. No. 04-105-JJF

Your Honor:

      I am Delaware counsel for defendants Green Acres Health Systems, Inc., Green Valley Terrace and Green Valley Pavilion (collectively, "Green Valley"). Plaintiff Walter T. Decyk, III and Green Valley are the only parties (the "Parties") with respect to the claims arising from Mr. Decyk's former employment at Green Valley (the "Employment Claims") as set forth in Counts 11-12 of the Second Amended Complaint.

      The Parties share the view that the Employment Claims are presently in an optimal posture for mediation, before they expend resources and time on motion practice and discovery. With the assistance of an experienced mediator, the Parties believe that the Employment Claims are susceptible to settlement.

      Accordingly, the Parties jointly request that – before a scheduling order is entered – the case be referred to a Magistrate Judge of this District for mediation of the Employment Claims at the Court's earliest convenience.

      Counsel is available by telephone, should the Court have any questions.

      Respectfully submitted,

*Dale Dubé*

Dale R. Dubé
I.D. No. 2863



The Honorable Joseph J. Farnan, Jr.
December 5, 2007
Page 2

DRD/pb
cc:    Clerk of Court (via hand delivery)
       Christine V. Bonavita, Esquire
       Charles E. Butler, Esquire
       W. Craig Knaup, Esquire
       Regina D. Poserina, Esquire
       Daniel R. Miller, Esquire (Delaware Department of Justice - for information only)
         (via hand delivery)