IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF DELAWARE ex rel.<br>WALTER T. DECYK, III, L.P.N., | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | |
| v. | : | Civil Action No. 04-105-JJF |
| GREEN ACRES HEALTH SYSTEMS,<br>INC., et al., | : <br> : <br> : <br> : | |
| Defendants. | : | |

### O R D E R

WHEREAS, several parties in the above-captioned matter have requested that certain claims in this case be referred to mediation;

WHEREAS, the Court believes mediation in this matter would be beneficial to the parties;

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Stark for the purposes of mediation with respect to the employment claims of the Second Amended Complaint. The parties shall contact Magistrate Judge Stark's chambers to schedule a mediation conference.

December 11, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE