IN THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

UNITED STATE OF AMERICA, AND THE       :
STATE OF DELAWARE, ex rel. WALTER T.   :
DECYK, III, L.P.N.                     :
           VS.                       :
                                      :    CIVIL ACTION NO.
                                      :    04-105-JJF
 
GREEN ACRES HEALTH SYSTEMS, GREEN      :
VALLEY PAVILION                        :
              DEFENDANTS               :
                                     : 

TO:   PETER T. DALLEO
       CLERK OF THE COURT
       UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

       KINDLY NOTE that the legal effect of the recent Notice of Voluntary Dismissal was incorrectly entered as to CLOSE the file, while the docket still listed Plaintiff Decyk, and defendants Green Acres Health Systems, and Green Valley Pavilion, as parties to the action, and the cause of action between them as open. Please mark the file as Open, as to Plaintiff Walter T. Decyk, III, and defendants Green Acres Health Systems and Green Valley Pavilion.  Attorney Regina Poserina, on behalf of the Plaintiff,  verified that the notation of "Closed" was in error, by way of a phone call with the Clerk of the Court, by Brian Blackwell, on Thursday, February 14, 2008.

                         RESPECTFULLY SUBMITTED,

                            S/Charles E. Butler
                       CHARLES E. BUTLER
                       1224 N. King Street
                       Wilmington, DE 19801
                       (302) 665-4100
                       Attorney for Plaintiff Walter T. Decyk, III

## CERTIFICATE OF SERVICE

I, Charles E. Butler, attorney for Plaintiff, certify that I caused to be served, via email, a true and correct copy of the Notice, entered February 20, 2008, on behalf of the Plaintiff, to the following:

Dale Dube, Esquire
Blank, Rome
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: Dube@BlankRome.com

Law Office of W. Craig Knaup
Station House
900 Haddon Avenue, Suite 206
Collingswood, NJ 08108
Email: Cknaup@Knauplaw.com

Daniel Miller, Esquire, Director
Medicaid Fraud Control Unit
State of Delaware, Department of Justice
Carvel State Office Building, 820 N. French Street
Wilmington, DE 19801
Email: Daniel.Miller@state.de.us

Seth  Beausang, Assistant U.S. Attorney
Office of the U.S. Attorney
1007 N. Orange Avenue
Wilmington, DE 19801
Email: seth.beausang@usdoj.gov

_____s/Charles E. Butler_____
CHARLES E. BUTLER

DATED:    FEBRUARY 20, 2008