UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER T. DECYK, III, L.P.N., | : C.A. No. 04-105-JJF |
| Plaintiff, | : |
| v. | : |
| GREEN ACRES HEALTH SYSTEMS, INC. and GREEN VALLEY PAVILION, | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

Please enter the appearance of Richard S. Julie, Esq. of Braverman Kaskey, PC, One Liberty Place, 1650 Market Street, 56th Floor, Philadelphia, Pennsylvania 19103-7334, as counsel for defendants Green Acres Health Systems, Inc. and Green Valley Pavilion in the above-captioned matter.

                                                                       BRAVERMAN KASKEY, PC

                                                                       by: /s/ Richard S. Julie
                                                                       Richard S. Julie (DE Bar #4642)
                                                                       One Liberty Place, 56th Floor
                                                                       1650 Market Street
                                                                       Philadelphia, Pennsylvania 19103
                                                                       (215) 575-3800
                                                                       rjulie@braverlaw.com

*Attorneys for defendants Green Acres Health Systems, Inc. and Green Valley Pavilion*

Dated: April 21, 2008