IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER T. DECYK, III, L.P.N., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GREEN ACRES HEALTH SYSTEMS, : <br> INC. and GREEN VALLEY PAVILION, : <br> : <br> Defendants. : <br> : | C.A. No. 04-105-JJF <br><br> JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, effective immediately, Dale R. Dubé, Esquire and Christine V. Bonavita, Esquire (admitted *pro hac vice*) of Blank Rome LLP, hereby withdrawal as counsel for Defendants in the above-captioned action.

**BLANK ROME LLP**

Dated: April 21, 2008

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400
Fax: (302) 425-6464
dube@blankrome.com

- and -

Christine V. Bonavita
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
(215) 569-5500
bonavita@blankrome.com

043482.00245/40174352v.1