UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER T. DECYK, III, L.P.N., | : C.A. No. 04-105-JJF |
| Plaintiff, | : |
| v. | : |
| GREEN ACRES HEALTH SYSTEMS, INC. and GREEN VALLEY PAVILION, | : |
| Defendants. | : |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David L. Braverman, Esq. to represent defendants Green Acres Health Systems, Inc. and Green Valley Pavilion in this matter.

/s/ Richard S. Julie
Richard S. Julie (DE Bar #4642)
Braverman Kaskey, PC
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
(215) 575-3800
rjulie@braverlaw.com

*Attorney for defendants Green Acres Health Systems, Inc. and Green Valley Pavilion*

Date: April 21, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2008      _____
                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, the State of California, the Unites States Supreme Court, the United States Court of Appeals for the Third Circuit, and a number of United States District Courts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 21, 2008

David L. Braverman
Braverman Kaskey, PC
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
(215) 575-3800
dbraver@braverlaw.com