# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALTER T. DECYK, III, L.P.N., | : | |
|    Plaintiff, | : | CIVIL ACTION NO. |
| | : |   04-105-JJF |
| | : | JURY TRIAL |
| GREEN ACRES HEALTH SYSTEMS, INC.; | : | DEMANDED |
| GREEN VALLEY PAVILION; | : | |
|    Defendants | : | |
| | : | |

## NOTICE OF SERVICE PURSUANT TO LOCAL R.CIV.P. 5.4(b)

On May 15, 2008, Plaintiff caused to be served, via First Class U.S. Mail, and via email, the Plaintiff's Disclosures pursuant to F.R.Civ.P. 26(a).

        RESPECTFULLY SUBMITTED,

          s/Charles E. Butler
        CHARLES E. BUTLER
        1224 N. King Street
        Wilmington, DE 19801
        (302) 655-4100
        Email: ceb@cebutler.com
        Attorney for Plaintiff