# REGINA D. POSERINA
Attorney At Law
7415 West Chester Pike
Upper Darby, PA 19082

Admitted in Pennsylvania
and New Jersey

(610) 352-0760
Fax: (610) 352-5557

Email: rposerina@verizon.net

July 14, 2008



The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
Room 4124
Lockbox 27
Wilmington, DE 19801

RE:  **WALTER T. DECYK, V. GREEN ACRES, ET AL.
CIVIL ACTION NO. 04-105
YOUR ORDER OF JUNE 27, 2008**

Dear Judge Farnan:

I am writing to inform you of a conflict I have with making myself available, for purposes of trial, as required in your order of June 27, 2008. I will not be available from June 17, 2009, through June 19, 2009. I am the vice president of the Cherry Hill High School West (Cherry Hill, NJ) PTA, with responsibility for Project Graduation. Project Graduation is a drug and alcohol free graduation party for the approximately 400 graduating seniors, held immediately after graduation. This party runs from 10 p.m. until 5 a.m. The graduation date has not yet been set, but is anticipated to be either June 17 or June 18, and the party would run until the next morning. Therefore, I would be unavailable June 17, 18 and 19, 2008.

Thank you for your consideration of this issue.

VERY TRULY YOURS,

REGINA D. POSERINA

cc:  Craig Knaup, Esquire
     Richard S. Julie, Esquire
     Charles E. Butler, Esquire