UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
:
WALTER T. DECYK, III, L.P.N.,          : C.A. No. 04-105-JJF
                                       :
                    Plaintiff,         :
        v.                             :
                                       :
GREEN ACRES HEALTH SYSTEMS, INC.       :
and GREEN VALLEY PAVILION,             :
                                       :
                    Defendants.        :
_____:

**STIPULATION TO EXTEND TIME FOR WRITTEN DISCOVERY**

Pursuant to Local Rule 16.4, counsel for Plaintiff and for Defendants hereby stipulate and agree that the deadline for production of documents, responses to interrogatories, and identification of fact witnesses be extended from August 1, 2008 until August 31, 2008. The reason for such extension is to provide time for more adequate and complete discovery and to accommodate the vacation schedules of the parties and their counsel. With the exception of the foregoing, no dates set forth in the Court's Scheduling Orders of March 25, 2008 and June 27, 2008 are being extended (or asked to be extended) hereby. By their signatures below, counsels for Plaintiff and for Defendants certify, pursuant to Local Rule 16.4, that they have sent copies of this request to their respective clients.

| | |
|---|---|
| /s/ Charles E. Butler_____ | /s/ Richard S. Julie_____ |
| Charles E. Butler (DE Bar #2349) | Richard S. Julie (DE Bar #4642) |
| 1224 North King Street | Braverman Kaskey, PC |
| Wilmington, Delaware 19801 | 1650 Market Street, 56th Floor |
| (302) 655-4100 | Philadelphia, Pennsylvania 19103 |
| ceb@cebutler.com | (215) 575-3800 |
| | rjulie@braverlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

Date:   July 31, 2008

## **ORDER GRANTING STIPULATION**

IT IS HEREBY ORDERED that the parties' stipulation to extend time for written discovery until August 31, 2008 is GRANTED.


Date:   _____, 2008                    _____
                                                United States District Judge