UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER T. DECYK, III, L.P.N., | : C.A. No. 04-105-JJF |
| Plaintiff, | : |
| v. | : |
| GREEN ACRES HEALTH SYSTEMS, INC. and GREEN VALLEY PAVILION, | : |
| Defendants | : |

### NOTICE OF SERVICE PURSUANT TO LOCAL R. CIV. P. 5.4(b)

PLEASE TAKE NOTICE that Defendants Green Acres Health Systems, Inc. and Green Valley Pavilion, by and through their undersigned counsel, hereby certify that true and correct copies of Defendants' First Requests for Admission Addressed to Plaintiff Walter T. Decyk, III, L.P.N. were served by electronic mail and U.S. first class mail postage prepaid on this date upon the following counsel:

        Charles E. Butler, Esq.
        1224 North King Street
        Wilmington, Delaware 19801
        Email: ceb@cebutler.com

        Regina D. Poserina, Esq.
        7415 West Chester Pike
        Upper Darby, Pennsylvania 19082
        Email: rposerina@verizon.net

        BRAVERMAN KASKEY, PC

        By: /s/ Richard S. Julie
        Richard S. Julie (DE Bar #4642)
        David L. Braverman (admitted *pro hac vice*)
        1650 Market Street, 56th Floor
        Philadelphia, Pennsylvania 19103
        (215) 575-3800
        rjulie@braverlaw.com

OF COUNSEL:
W. Craig Knaup
Law Office of W. Craig Knaup, P.C.
900 Haddon Avenue
Suite 206
Collingswood, New Jersey 08108

*Attorneys for defendants Green Acres Health Systems, Inc. and Green Valley Pavilion*

Dated: August 7, 2008