UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER T. DECYK, III, L.P.N., | : C.A. No. 04-105-JJF |
| Plaintiff, | : |
| v. | : |
| GREEN ACRES HEALTH SYSTEMS, INC. and GREEN VALLEY PAVILION, | : |
| Defendants | : |

**NOTICE OF SERVICE PURSUANT TO LOCAL R. CIV. P. 5.4(b)**

PLEASE TAKE NOTICE that Defendants Green Acres Health Systems, Inc. and Green Valley Pavilion, by and through their undersigned counsel, hereby certify that true and correct copies of Defendants' First Set of Interrogatories and Document Requests Addressed to Plaintiff Walter T. Decyk, III, L.P.N. were served by electronic mail and U.S. first class mail postage prepaid on this date upon the following counsel:

>Charles E. Butler, Esq.
>1224 North King Street
>Wilmington, Delaware 19801
>Email: ceb@cebutler.com
>
>Regina D. Poserina, Esq.
>7415 West Chester Pike
>Upper Darby, Pennsylvania 19082
>Email: rposerina@verizon.net
>
>BRAVERMAN KASKEY, PC
>
>By: /s/ Richard S. Julie
>Richard S. Julie (DE Bar #4642)
>David L. Braverman (admitted *pro hac vice*)
>1650 Market Street, 56th Floor
>Philadelphia, Pennsylvania 19103
>(215) 575-3800
>rjulie@braverlaw.com

OF COUNSEL:
W. Craig Knaup
Law Office of W. Craig Knaup, P.C.
900 Haddon Avenue
Suite 206
Collingswood, New Jersey 08108

*Attorneys for defendants Green Acres Health Systems, Inc. and Green Valley Pavilion*

Dated: <u>August 7, 2008</u>