## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALTER T. DECYK, III, L.P.N., | : | C.A. No. 04-105-JJF |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| GREEN ACRES HEALTH SYSTEMS, INC. | : | |
| and GREEN VALLEY PAVILION, | : | |
| | : | |
| Defendants | : | |

### NOTICE OF SERVICE PURSUANT TO LOCAL R. CIV. P. 5.4(b)

PLEASE TAKE NOTICE that Defendants Green Acres Health Systems, Inc. and Green

Valley Pavilion, by and through their undersigned counsel, hereby certify that a true and correct

copy of Defendants Green Acres Health Systems, Inc. and Green Valley Pavilion's Responses to

Plaintiff Walter T. Decyk, III, L.P.N.'s First Set of Interrogatories and Related Requests for

Production of Documents was served by electronic mail and U.S. first class mail, postage

prepaid, on August 15, 2008 upon the following counsel:

> Charles E. Butler, Esq.
> 1224 North King Street
> Wilmington, Delaware 19801
> Email: ceb@cebutler.com
>
> Regina D. Poserina, Esq.
> 7415 West Chester Pike
> Upper Darby, Pennsylvania 19082
> Email: rposerina@verizon.net

> BRAVERMAN KASKEY, PC

> By: /s/ Richard S. Julie
> Richard S. Julie (DE Bar #4642)
> David L. Braverman (admitted *pro hac vice*)
> 1650 Market Street, 56th Floor
> Philadelphia, Pennsylvania 19103
> Phone: (215) 575-3800
> Email: rjulie@braverlaw.com

OF COUNSEL:
W. Craig Knaup
Law Office of W. Craig Knaup, P.C.
900 Haddon Avenue
Suite 206
Collingswood, New Jersey 08108

*Attorneys for defendants Green
Acres Health Systems, Inc. and
Green Valley Pavilion*

Dated: <u>August 18, 2008</u>